

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 6, 2024

VIA ECF
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

      Re:  *Sultonmirzo Ravshanbekov v. Gray*,[1]  No. 23 Civ. 6782 (JLR)

Dear Judge Rochon:

    This matter is presently set for a hearing on June 12, 2024, at 10:00 a.m.  I write to advise that I have a doctor's appointment scheduled for 11:00 a.m.  The appointment has been scheduled for several months and it cannot easily be rescheduled, as new appointments are being scheduled in the distant future.  In her request to reschedule the hearing, Ms. Gavlin advised of her availability on June 12, 17, 18, 19 and 20.  Unfortunately, I have limited availability on June 12, and I did not have an opportunity to speak with counsel before the request was made.

    Respectfully, I request that the hearing be adjourned.  Ms. Gavlin consents to adjournment, but she has advised that of the alternative dates she proposed in her original request, *i.e.*, June 17 through 20, she is now available after 1:00 p.m. only.  She is also available after 1:00 p.m. on June 13, 2024.  I spoke with Mr. Ravshanbekov, and he is also available.

    If the Court is not available at those times and a different date is required, I will be unavailable from June 21-28, 2024.  In the alternative, should the Court determine that the government's appearance is not required for the hearing, I respectfully request to be excused, as the government has no knowledge of the communications between the plaintiff and Ms. Gavlin and takes no position on the question of sanctions.

    I thank the Court for its consideration of this request.

---

[1] Tamika Gray is automatically substituted in place of Thomas Cioppa pursuant to Fed. R. Civ. P. 25(d).

Page 2

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:   s/ *Monica M. Beamer*
        MONICA M. BEAMER
        Special Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (646) 906-5441
        E-mail: monica.beamer@usdoj.gov
        *Attorney for Defendant*

cc: (via ECF)
    Counsel of record
    Sultonmizro Ravshanbekov, plaintiff *pro se*

The requested adjournment is GRANTED.  The hearing on the order to show cause will now be held on **June 20, 2024**, at **2:45 p.m.**  The Court requests that the Government email a copy of this order to Sultonmirzo Ravshanbekov, and that the Government file an affidavit of service upon doing so.

Dated: June 7, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**